# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Cassandra Hoff,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GC Services Limited Partnership,<br><br>　　　　Defendant. | CIVIL FILE NO.: 12-CV-0007 (PJS/SER)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　　Plaintiff, by and through its undersigned counsel hereby dismisses its Complaint against Defendant with prejudice in the above-captioned case without costs to either party pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　　　　　　　**MARSO AND MICHELSON, P.A.**

Dated:  February 21, 2012　　　　　　　By:   s/Patrick L. Hayes
　　　　　　　　　　　　　　　　　　　　Patrick L. Hayes (0389869)
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　3101 Irving Avenue South
　　　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55408
　　　　　　　　　　　　　　　　　　　　Telephone: 612-821-4817
　　　　　　　　　　　　　　　　　　　　phayes@marsomichelson.com