UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CASSANDRA HOFF,                                              Case No. 12-CV-0007 (PJS/SER)

       Plaintiff,

v.                                                           ORDER OF DISMISSAL

GC SERVICES LIMITED PARTNERSHIP,

       Defendant.

---

Based upon the Notice of Voluntary Dismissal With Prejudice filed by the plaintiff on

February 21, 2012 [Civil Docket No. 3],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without

costs or disbursements to any party.

Dated: February 23, 2012                            s/Patrick J. Schiltz

                                                Patrick J. Schiltz
                                                United States District Judge